# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | Date: May 5, 2017 |
| BEFORE HON. JUAN M. PEREZ-GIMENEZ | CR CASE: 07-290-056 (PG) |
| COURTROOM DEPUTY: Omar Flaquer-Mendoza | |
| COURT REPORTER: Lisa O'Brien | |
| COURT INTERPRETER: Sonia Crescioni | USPO Yaritza Vazquez |

==================================================================

Attorneys:

UNITED STATES OF AMERICA                AUSA Myriam Y. Fernandez

v.

JUAN C. BODON-LESPIER                   AFPD. Andrew S. McCutcheon
                                         APFD. Juan J. Michelen

==================================================================

Final Hearing on Revocation on Supervised Release. The defendant was present in court, under supervised release conditions, and was assisted by certified court interpreter.

The Court informed that will be entering an order finding that the defendant violated the law during his term of supervised release term. Hence, the term of supervised release previously imposed on April 3, 2009 was revoked.

It was corrected during today's proceedings that this defendant was previously sentenced based on a criminal history category of II instead of III. Hence, at the end of the hearing imprisonment imposed was based on a criminal history category of II.

The defendant was sentenced to a term of 15 months to be served consecutively with the local sentence if time is imposed, with a supervised release of one (1) year. All terms and conditions will be specified in the judgment of revocation form. The defendant was advised as to his right to appeal,

Page 2

etc.

      AFPD McCutcheon requested that bail pending appeal be imposed, and his client to remain under certain conditions, including Electronic Monitoring Device. The United States requested immediate detention. The Court ordered the defendant be remanded to the custody of the U.S. Marshals.

                                                S/ ***Omar Flaquer-Mendoza***
                                                Omar Flaquer-Mendoza
                                                Case Manager/Courtroom Deputy Clerk